UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Ronald L. McMannen Sr.**
S.S. No.: xxx-xx-3717
Mailing Address: 40 Hawthorne Drive, Durham, NC 27712-

Case No. 11-81383

Debtor.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on August 26, 2011.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: September 20, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
---
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

| Date: | 7/20/11 |
|---|---|
| Lastname-SS#: | McMannen-3717 |

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | GMAC-1st DOT | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| North Pier Ocean Villa | Timeshare |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | GMAC-1st DOT | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | First Citizens-2nd | | | ** |
| | | | $1,016 | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | First Citizens-2nd | | $254 | N/A | n/a | $254.00 | Land and Home |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Coastal Federal | | $7,740 | 5.00 | $77 | $187.26 | 2007 Ford Ranger |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,750 |

| SECURED TAXES | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

| UNSECURED PRIORITY DEBTS | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | $100 |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

| CO-SIGN PROTECT (Pay 100%) | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

| GENERAL NON-PRIORITY UNSECURED | Amount** |
|---|---|
| DMI= None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$496** per month for **60** months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: **11.77** months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE       (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers".

Case 11-81383    Doc 1    Filed 08/26/11    Page 29 of 60

Case 11-81383   Doc 12   Filed 09/20/11   Page 2 of 4

# CERTIFICATE OF SERVICE

I, Kaelyn McCollum , the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
_____
Kaelyn McCollum

| | | |
|---|---|---|
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | NC Department of Revenue<br>Post Office Box 25000<br>Raleigh, NC 27640-0002 | NC Department of Justice<br>for NC Department of Revenue<br>Post Office Box 629<br>Raleigh, NC 27602-0629 |
| Credit Bureau<br>Post Office Box 26140<br>Greensboro, NC 27402 | Coastal Federal Credit Union****<br>Post Office Box 30495<br>Tampa, FL 33630 | NC Department of Revenue<br>c/o Reginald S. Hinton<br>Post Office Box 25000<br>Raleigh, NC 27640-5000 |
| NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Durham County Tax Collector<br>Post Office Box 3397<br>Durham, NC 27701 | North Carolina Dept of Revenue**<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 |
| Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Exxon Mobil<br>Post Office Box 103028<br>Roswell, GA 30076-3028 | Universal Account Servicing LLC<br>Post Office Box 147<br>Saint Joseph, MO 64502 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | First Citizens Bank**<br>Post Office Box 1580<br>Roanoke, VA 24007-1580 | US Attorney's Office (MD)**<br>Middle District<br>Post Office Box 1858<br>Greensboro, NC 27502-1858 |
| Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | First Citizens Bank****<br>Post Office Box 1580<br>Roanoke, VA 24007-1580 | |
| ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Road, Ste. 100<br>Woodbury, MN 55125 | GMAC Mortgage **<br>P.O. Box 8300<br>Fort Washington, PA 19034-8300 | |
| Internal Revenue Service (ED)**<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service (MD)**<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | |
| US Attorney's Office (ED)**<br>310 New Bern Avenue<br>Suite 800, Federal Building<br>Raleigh, NC 27601-1461 | Law Offices of John T. Orcutt<br>6616-203 Six Forks Road<br>Raleigh, NC 27615 | |